# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COVENANT CARE MIDWEST, INC., et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　8:09CV110<br>)<br>)　　ORDER<br>)<br>)<br>)<br>) |

This matter is before the court on the parties' joint motion to extend the parties' telephonic planning conference (Filing No. 16).

**IT IS ORDERED:**

1. The parties' joint motion to extend the parties' telephonic planning conference (Filing No. 16) is denied.

2. The **telephone** planning conference with the undersigned magistrate judge will take place as scheduled on **August 21, 2009, at 10:00 a.m. Central Daylight Time** at which time all future deadlines will be discussed.

3. Plaintiff's counsel shall initiate the telephone conference.

DATED this 20th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge