IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION and COVENANT CARE, L.L.C.,<br><br>    Defendants. | No. 8:09-CV-110<br><br>**CERTIFICATE OF SERVICE OF DEFENDANTS' OFFER OF JUDGMENT** |

  COMES NOW Defendants, Covenant Care Midwest, Inc., d/b/a Nebraska Skilled Nursing and Rehabilitation and Covenant Care, LLC, and hereby provides notice of service of an offer of judgment to Plaintiff, Deneise Ingram, as legal guardian for Karen Chandler pursuant to Fed. R. Civ. P. 68.

  The offer of judgment was made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as either an admission that Defendants are liable in this action or that Plaintiff has suffered any damages.

  The offer of judgment was made and served by electronic means and hand-delivery at least 14 days before August 16, 2010, the date set for trial. The Offer must be accepted within 14 days and if unaccepted, the Offer is considered withdrawn. Evidence of an unaccepted offer is not admissible except in a proceeding to determine costs.

4838-2312-2182.1

Dated this 19th day of July, 2010.

        COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION and COVENANT CARE, INC., Defendants.

By   s/ Heather H. Anschutz
     Robert M. Slovek, #17798
     Heather H. Anschutz, #22906
     KUTAK ROCK LLP
     The Omaha Building
     1650 Farnam Street
     Omaha, NE 68102-2186
     Telephone: (402) 346-6000

     And

     *Admitted Pro Hac Vice*
     Alexander F. Giovanniello, #125562
     Karen A. Bocker, #213764
     Giovanniello & Michels, LLP
     One Pointe Drive, Suite 300
     Brea, CA 92821
     Telephone: (714) 364-4000

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew G. Miller, Esq.
Suite 200
6910 Pacific Street
Omaha, NE 68106
matt@mgmillerlaw.com

                                            s/ Heather H. Anschutz
                                            Heather H. Anschutz