IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER, | ) ) ) | CASE NO. 8:09-cv-110 |
| Plaintiff, | ) ) ) | ORDER TO DISMISS |
| v. | ) ) | DEFENDANT COVENANT CARE, INC. |
| COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION, and COVENANT CARE, INC. | ) ) ) ) ) | |
| Defendant. | ) | |

NOW ON this 15th day of September, 2010, this matter came on before the Court upon the Plaintiff's Motion to Dismiss Defendant Covenant Care, Inc. as a party to this action. The Court being fully advised in the premises finds that an Order for Dismissal should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Covenant Care, Inc. is dismissed as a party to this action.

BY THE COURT:

/s Joseph F. Bataillon

_____
Chief Judge, United States District Court

PREPARED AND SUBMITTED BY:
Matthew G. Miller, #19092
6910 Pacific Street, Suite 200
Omaha, NE 68106
(402) 558-4900
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of September, 2010, I electronically filed and the foregoing document with the Clerk of the Court by using the CM/ECF system which sent notification of such filing upon all parties who filed an appearance or motion by electronic filing in this case to the following:

> Jack D. Williams
> Robert M. Slovek
> Heather H. Anschutz
> Kutak Rock, LLP, Omaha
> The Omaha Building
> 1650 Farnam St.
> Omaha, NE  68102-2186
> Phone: (402) 346-6000
> Fax:    (402) 346-1148
> E-Mail: jack.williams@kutakrock.com;  robert.slovek@kutakrock.com, heather.anchutz@kutakrock.com; barbara.brown@kutakrock.com, lea.coffman@kutakrock.com
>
>
> *Admitted Pro Hac Vice*
> Alexander F. Giovanniello, #125562
> Karen A. Bocker, #213764
> Giovanniello & Michels, LLP
> One Pointe Drive, Suite 300
> Brea, CA 92821
> E-Mail:  afg@gm-lawfirm.com; klk@gm-lawfirm.com; kab@gm-lawfirm.com;

By    s/   Matthew G. Miller