IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENEISE INGRAM,           )<br>                                   )<br>         Plaintiff,              )<br>                                   )<br>v.                                )<br>                                   )<br>COVENANT CARE MIDWEST, INC.,  )<br>                                   )<br>         Defendant.          )  | 8:09CV110<br><br>ORDER |

Upon notice of settlement given to the district judge on September 22, 2010 by counsel for the parties,

**IT IS ORDERED that:**

1. **On or before October 22, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The trial previously scheduled is cancelled and the motions in limine (Filing Nos. 78, 79, and 97) and stipulation (Filing No. 92) are terminated upon the representation that this case is settled.

DATED this 23rd day of September, 2010.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge