IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER,<br><br>        Plaintiff,<br><br>    v.<br><br>COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION and COVENANT CARE, L.L.C.,<br><br>        Defendants. | No. 8:09-CV-110<br><br>**STIPULATION FOR DISMISSAL** |

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and agreement of the parties, Plaintiff Deneise Ingram, as Legal Guardian for Karen Chandler ("Plaintiff"), and Defendants Covenant Care Midwest, Inc., d/b/a Nebraska Skilled Nursing and Rehabilitation and Covenant Care, LLC ("Defendants") hereby stipulate to the dismissal of the Complaint (Notice of Removal Filing No. 1) in the above-captioned matter with prejudice and with each party paying its own costs.

      Counsel for Defendants has given counsel for Plaintiff permission to use her electronic signature in filing this Stipulation.  *See* NECivR 11.1(a)(3)(A)(ii).

      Dated this 22nd day of October, 2010.

4815-7352-7303.1

DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER, Plaintiff

By   *s/ Matthew G. Miller*
Matthew G. Miller, #19092
6910 Pacific Street
Suite 200
Omaha, NE  68106
(402) 558-4900
*Attorney for Plaintiff*

And

COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION and COVENANT CARE, L.L.C., Defendants

By   *s/ Heather H. Anschutz*
Robert M. Slovek, #17798
Heather H. Anschutz, #22906
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102
(402) 346-6000

And

*Admitted Pro Hac Vice*
Alexander F. Giovanniello, #125562
Karen A. Bocker, #213764
Giovanniello & Michels, LLP
One Pointe Drive, Suite 300
Brea, CA  92821
(714) 364-4000
*Attorneys for Defendants*

4815-7352-7303.1                         2

Approved in form and substance by:

    Robert M. Slovek, #17798
    Heather H. Anschutz, #22906
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102
    (402) 346-6000

    And

    *Admitted Pro Hac Vice*
    Alexander F. Giovanniello, #125562
    Karen A. Bocker, #213764
    Giovanniello & Michels, LLP
    One Pointe Drive, Suite 300
    Brea, CA  92821
    T: (714) 364-4000
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following:

    Robert M. Slovek
    Heather H. Anschutz
    KUTAK ROCK LLP
    robert.slovek@kutakrock.com
    heather.anschutz@kutakrock.com

    *Admitted Pro Hac Vice*
    Alexander F. Giovanniello, #125562
    Karen A. Bocker, #213764
    Giovanniello & Michels, LLP
    afg@gm-lawfirm.com
    kab@gm-lawfirm.com

    *s/ Matthew G. Miller*
    Matthew G. Miller