IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENEISE INGRAM, as Legal Guardian for KAREN CHANDLER, | ) ) ) | CASE NO. 8:09-cv-110 |
| Plaintiff, | ) ) | |
| | ) | ORDER FOR DISMISSAL |
| v. | ) ) | |
| COVENANT CARE MIDWEST, INC., d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION, and COVENANT CARE, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

NOW ON this 25th day of October, 2010, this matter came on before the Court upon the parties' Stipulation for Dismissal. The Court being fully advised in the premises finds that an Order for Dismissal should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that an Order of Dismissal is entered with prejudice, each party to pay their own attorney fees and costs, complete record waived.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

PREPARED AND SUBMITTED BY:
Matthew G. Miller, #19092
6910 Pacific Street, Suite 200
Omaha, NE 68106
(402) 558-4900
Counsel for Plaintiff